UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                              )
                                    )
**CLAY, TONZEL A.**                 )    Bankruptcy Case No. 14-18518 ABG
                                    )    Chapter 7
                                    )
Debtor(s).                          )

---

**CERTIFICATE OF SERVICE**

---

The undersigned certifies that on _January 2, 2019,  I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

CLAY, TONZEL A.
P.O. Box 671
ZION, IL 60099

KENNETH S.  BORCIA
1117 S. MILWAUKEE AVE., A-3
P.O. BOX 447
LIBERTYVILLE, IL 60048

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1      Cavalry SPV I, LLC
       500 Summit Lake Drive, Ste 400
       Valhalla, NY 10595

1I      Cavalry SPV I, LLC
        500 Summit Lake Drive, Ste 400
        Valhalla, NY 10595

2       LVNV Funding, LLC its successors and assigns as
        assignee of North Star Capital,
        Greenville, SC 29603-0587

2I      LVNV Funding, LLC its successors and assigns as
        assignee of North Star Capital,
        Greenville, SC 29603-0587

SURPLUS   CLAY, TONZEL A.
          P.O. Box 671
          ZION, IL 60099

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402