**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: CLAY, TONZEL A.     § Case No. 14-18518
                           §
                           §
Debtor(s)                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,545.00                    Assets Exempt: $16,545.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,709.81    Claims Discharged
                                               Without Payment: $0.00

Total Expenses of Administration: $8,614.60

3) Total gross receipts of $ 74,964.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 52,639.87 (see **Exhibit 2**), yielded net receipts of $22,324.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,614.60 | 8,614.60 | 8,614.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 13,709.81 | 13,709.81 | 13,709.81 |
| **TOTAL DISBURSEMENTS** | $0.00 | $22,324.41 | $22,324.41 | $22,324.41 |

4) This case was originally filed under Chapter 7 on May 16, 2014. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2019          By: /s/ILENE F. GOLDSTEIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury/Products Liability Claim against | 1242-000 | 74,964.28 |
| **TOTAL GROSS RECEIPTS** | | **$74,964.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tonzel Clay | Exemption | 8100-002 | 15,000.00 |
| CLAY, TONZEL A. | Dividend paid 100.00% on $37,639.87; Claim# SURPLUS; Filed: $37,639.87; Reference: | 8200-002 | 37,639.87 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$52,639.87** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,982.44 | 2,982.44 | 2,982.44 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 5,390.00 | 5,390.00 | 5,390.00 |

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 84.55 | 84.55 | 84.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.54 | 57.54 | 57.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.95 | 45.95 | 45.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.12 | 54.12 | 54.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,614.60 | $8,614.60 | $8,614.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 13,225.64 | 13,225.64 | 13,225.64 |
| 1I | Cavalry SPV I, LLC | 7990-000 | N/A | 53.25 | 53.25 | 53.25 |
| 2 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 429.19 | 429.19 | 429.19 |
| 2I | U.S. Bankruptcy Court - LVNV Funding, LLC its successors | 7990-001 | N/A | 1.73 | 1.73 | 1.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $13,709.81 | $13,709.81 | $13,709.81 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-18518  
**Case Name:** CLAY, TONZEL A.

**Period Ending:** 04/03/19

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/16/14 (f)  
**§341(a) Meeting Date:** 06/12/14  
**Claims Bar Date:** 05/02/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Cash<br>        Imported from Amended Doc#: 25 | 50.00 | 0.00 | | 0.00 | FA |
| 2   Norstate<br>        Imported from Amended Doc#: 25 | 100.00 | 0.00 | | 0.00 | FA |
| 3   Refrigerator, stove,washer/dryer bedroom furnitu<br>        Imported from Amended Doc#: 25 | 1,200.00 | 0.00 | | 0.00 | FA |
| 4   Books, pictures & collections<br>        Imported from Amended Doc#: 25 | 35.00 | 0.00 | | 0.00 | FA |
| 5   clothing<br>        Imported from Amended Doc#: 25 | 100.00 | 0.00 | | 0.00 | FA |
| 6   Furs & jewelry<br>        Imported from Amended Doc#: 25 | 40.00 | 0.00 | | 0.00 | FA |
| 7   sports & hobby equipment<br>        Imported from Amended Doc#: 25 | 20.00 | 0.00 | | 0.00 | FA |
| 8   Personal Injury/Products Liability Claim against  (u)<br>        Imported from Amended Doc#: 25 | 32,284.00 | 17,284.00 | | 74,964.28 | FA |
| 8   **Assets   Totals** (Excluding unknown values) | **$33,829.00** | **$17,284.00** | | **$74,964.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

    STATUS: JANUARY 2018  tHIS CASE WAS REOPENED DUE TO AN UNDISCLOSED PERSONAL INJURY CASE.  THE TRUSTEE HAS BEEN IN TOUCH WITH DEBTOR'S PERSONAL INJURY COUNSEL AND IS OBTAINING INFORMATION TO HAVE THEM RETAINED AS IT APPEARS THAT THERE WILL BE FUNDS IN EXCESS OF THE EXEMPTIONS

    The TFR was approved and filed on 12/26/2018 and the Final hearing took place on 02/01/2019

**Initial Projected Date Of Final Report (TFR):**    March 31, 2019    **Current Projected Date Of Final Report (TFR):**    December 26, 2018  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-18518 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| Case Name: | CLAY, TONZEL A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8466 - Checking Account |
| Taxpayer ID #: | **-***0853 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/03/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/06/18 | {8} | Beadsley Allen | PI Settlement Ethicon | 1242-000 | 20,716.20 | | 20,716.20 |
| 08/14/18 | {8} | Beadley Allen CFA | PI Settlement Bard | 1242-000 | 54,248.08 | | 74,964.28 |
| 08/14/18 | 101 | Tonzel Clay | Exemption | 8100-002 | | 15,000.00 | 59,964.28 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.54 | 59,906.74 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.95 | 59,860.79 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.12 | 59,806.67 |
| 02/01/19 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,390.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,390.00 | 54,416.67 |
| 02/01/19 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $84.55, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 84.55 | 54,332.12 |
| 02/01/19 | 104 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,982.44, Trustee Compensation; Reference: | 2100-000 | | 2,982.44 | 51,349.68 |
| 02/01/19 | 105 | Cavalry SPV I, LLC | Dividend paid 100.00% on $13,225.64; Claim# 1; Filed: $13,225.64; Reference: | 7100-000 | | 13,225.64 | 38,124.04 |
| 02/01/19 | 106 | LVNV Funding, LLC its successors and assigns as | Dividend paid 100.00% on $429.19; Claim# 2; Filed: $429.19; Reference: | 7100-000 | | 429.19 | 37,694.85 |
| 02/01/19 | 107 | Cavalry SPV I, LLC | Dividend paid 100.00% on $53.25; Claim# 1I; Filed: $53.25; Reference: | 7990-000 | | 53.25 | 37,641.60 |
| 02/01/19 | 108 | CLAY, TONZEL A. | Dividend paid 100.00% on $37,639.87; Claim# SURPLUS; Filed: $37,639.87; Reference: | 8200-002 | | 37,639.87 | 1.73 |
| 02/01/19 | 109 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7990-001 | | 1.73 | 0.00 |
| | | | ACCOUNT TOTALS | | 74,964.28 | 74,964.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 74,964.28 | 74,964.28 | |
| | | | Less: Payments to Debtors | | | 52,639.87 | |
| | | | NET Receipts / Disbursements | | $74,964.28 | $22,324.41 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******8466 | 74,964.28 | 22,324.41 | 0.00 |
| | $74,964.28 | $22,324.41 | $0.00 |

{} Asset reference(s)

Printed: 04/03/2019 11:55 AM   V.14.50